# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JASON B. GUIDRY,<br><br>                Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                Defendant. | Case No. 19-CV-1324-JPS<br><br>**ORDER** |

On November 22, 2021, the Court issued an order and judgment dismissing Petitioner's habeas claim. (Docket #23, #24). On December 21, 2021, Petitioner filed a motion for bond pending the appeal of that decision. (Docket #26). The Court will deny that motion. While district courts do have "inherent power" to grant bail to habeas petitioners pending the outcomes of their cases, this is "a power to be exercised very sparingly." *Cherek v. United States*, 767 F.2d 335, 337 (7th Cir. 1985). This is because "a defendant whose conviction has been affirmed on appeal . . . is unlikely to have been convicted unjustly." *Id.* Moreover, "the interest in the finality of criminal proceedings is poorly served by deferring execution of sentence till long after the defendant has been convicted." *Id.* In the present case, the Court has already considered Petitioner's motion for habeas relief and denied it. The Court sees no basis, under the circumstances, for granting a bond motion pending Petitioner's appeal.

Accordingly,

**IT IS ORDERED** that Petitioner's motion for bond pending appeal (Docket #26) be and the same is hereby **DENIED**.

Dated at Milwaukee, Wisconsin, this 4th day of January, 2022.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge